| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **DriveHub Auto Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **Ryan & Ryan, Inc.** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **85-3023352** |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**1117 Tucker Ave.**<br>**Orlando, FL 32807**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **DriveHub Auto Inc.**  Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | | ____ |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ■ Chapter 11. *Check **all** that apply*: |
| | |     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | |     ☐ A plan is being filed with this petition. |
| | |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |
| | | District _____ When _____ Case number _____ |
| | | District _____ When _____ Case number _____ |

Debtor  **DriveHub Auto Inc.**  Case number (*if known*) _____
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **DriveHub Auto Inc.**_____   Case number (*if known*)_____
         Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  DriveHub Auto Inc.
      Name

Case number (If known) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1-30-2025
             MM / DD / YYYY

X _____     Yevgen Arnaut
Signature of authorized representative of debtor    Printed name

Title   Sole Shareholder/President

**18. Signature of attorney**

X _____    Date 1/30/2025
Signature of attorney for debtor            MM / DD / YYYY

Daniel A. Velasquez 0098158
Printed name

Latham Luna Eden & Beaudine LLP
Firm name

201 S. Orange Avenue
Suite 1400
Orlando, FL 32801
Number, Street, City, State & ZIP Code

Contact phone (407) 481-5800    Email address  dvelasquez@lathamluna.com

0098158 FL
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DriveHub Auto Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ACV Capital** **640 Ellicott Street** **Suite 321** **Buffalo, NY 14203** | | | | $69,091.72 | $0.00 | $69,091.72 |
| **Ally Financial** **PO Box 71119** **Charlotte, NC 28272** | | **Trade Debt** | | | | $11,583.25 |
| **American Express** **200 Vesey Street** **50th Floor** **New York, NY 10285** | | **Business Credit Card** | | | | $12,822.62 |
| **Axle Funding** **fka XL Funding LLC** **15301 N. Dallas Parkway** **Suite 800** **Addison, TX 75001** | | **Personal Property** | | $135,066.62 | $0.00 | $135,066.62 |
| **Boone Creek Enterprises, LLC** **3870 Branton Drive** **Oviedo, FL 32765** | | **Rent** | | | | $9,198.00 |
| **Capital One** **1680 Capital One Drive** **Mc Lean, VA 22102** | | **Business Credit Card** | | | | $12,098.00 |
| **Chase** **270  Park Ave.** **New York, NY 10017** | | **Business Credit Card** | | | | $77,773.00 |
| **Cox Automotive** **3003 Summit Blvd.** **Suite 200** **Atlanta, GA 30319** | | **Software Provider** | | | | $11,071.78 |

Debtor **DriveHub Auto Inc.**
       Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Digital Federal Credit Union  853 Donald Lynch Blvd.  PO Box 9130  Marlborough, MA 01752 | | Loan | | | | $59,801.48 |
| E-Carz  11700 Garland Road  Dallas, TX 75218 | | Trade Debt | | | | $230,581.85 |
| Executive Auto Sales  6444 E. Colonial Drive  Orlando, FL 32807 | | Trade Debt | | | | $19,000.00 |
| Felipe De Mattos  5215 Los Palma Vista Drive  Orlando, FL 32837 | | Trade Debt | | | | $250,000.00 |
| Florida Department of Revenue  5050 West Tennessee Street  Tallahassee, FL 32399 | | Sales Tax | | | | $106,383.53 |
| Global Merchant Cash Inc.  64 Beaver Street Suite 415  New York, NY 10004 | | Business Loan | | | | $213,000.00 |
| GWC Warranty  6010 Atlantic Blvd.  Norcross, GA 30071 | | Trade Debt | | | | $38,930.00 |
| Lorizete Contreras  c/o Rudnitsky Law Firm  454 Sarah Nicole Way  New Smyrna Beach, FL 32168 | | | | | | $190,000.00 |
| Prado Investment Consignments  11318 Carabelee Cir.  Orlando, FL 32825 | | Trade Debt | | | | $178,900.00 |
| Prancer Capital  36 Skyline Dr.  Lake Mary, FL 32746 | | | | $35,925.00 | $0.00 | $35,925.00 |
| Southern Auto Finance Co.  PO Box 1808  Pompano Beach, FL 33061 | | Trade Debt | | | | $29,480.43 |

Debtor **DriveHub Auto Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **U.S. Small Business Admin**<br>**2 North Street**<br>**Suite 320**<br>**Birmingham, AL 35203** | | **Loan** | | | | $110,000.00 |

## United States Bankruptcy Court
### Middle District of Florida

In re **DriveHub Auto Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Yevgen Arnaut
1117 Tucker Ave.
Orlando, FL 32807 | | 100% | Sole Shareholder/President |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Shareholder/President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **1-30-2025**            Signature  _[signed]_
                                          Yevgen Arnaut

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Florida**

In re  DriveHub Auto Inc.
                    Debtor(s)

Case No.
Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Shareholder/President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  1-30-2025

Yevgen Arnaut/Sole Shareholder/President
Signer/Title

DriveHub Auto Inc.
1117 Tucker Ave.
Orlando, FL 32807

Chase
270 Park Ave.
New York, NY 10017

Global Merchant Cash Inc.
64 Beaver Street
Suite 415
New York, NY 10004

Daniel A. Velasquez
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

Chase Bank
PO Box 15298
Wilmington, DE 19850-5298

GWC Warranty
6010 Atlantic Blvd.
Norcross, GA 30071

ACV Capital
640 Ellicott Street
Suite 321
Buffalo, NY 14203

Cox Automotive
3003 Summit Blvd.
Suite 200
Atlanta, GA 30319

Lorizete Contreras
c/o Rudnitsky Law Firm
454 Sarah Nicole Way
New Smyrna Beach, FL 32168

Ally Financial
PO Box 71119
Charlotte, NC 28272

Digital Federal Credit Union
853 Donald Lynch Blvd.
PO Box 9130
Marlborough, MA 01752

Prado Investment Consignments
11318 Carabelee Cir.
Orlando, FL 32825

American Express
200 Vesey Street
50th Floor
New York, NY 10285

E Pass
525 South Magnolia Ave.
Orlando, FL 32801

Prancer Capital
36 Skyline Dr.
Lake Mary, FL 32746

Axle Funding
fka XL Funding LLC
15301 N. Dallas Parkway
Suite 800
Addison, TX 75001

E-Carz
11700 Garland Road
Dallas, TX 75218

Southern Auto Finance Co.
PO Box 1808
Pompano Beach, FL 33061

Boone Creek Enterprises, LLC
3870 Branton Drive
Oviedo, FL 32765

Executive Auto Sales
6444 E. Colonial Drive
Orlando, FL 32807

Taras S. Rudnitsky, Esq.
3383 Oakmont Terrace
Longwood, FL 32779

Capital One
1680 Capital One Drive
Mc Lean, VA 22102

Felipe De Mattos
5215 Los Palma Vista Drive
Orlando, FL 32837

True Cars
225 Santa Monica Blvd.
12th Floor
Santa Monica, CA 90401

Cars.com
300 S. Riverside Plaza
Suite 1000
Chicago, IL 60606

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399

U.S. Small Business Admin
2 North Street
Suite 320
Birmingham, AL 35203

DriveHub Auto Inc. - - Pg. 2 of 2

Yevgen Arnaut
1117 Tucker Ave.
Orlando, FL 32807

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **DriveHub Auto Inc.**　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept　　　　　　　　　　　　$　**26,738.00**
   Prior to the filing of this statement I have received　　　　　　　　$　**26,738.00**
   Balance Due　　　　　　　　　　　　　　　　　　　　　　　　　$　**0.00**

2. The source of the compensation paid to me was:

   ■ Debtor　　☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor　　☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_1/30/2025_　　　　　　　　　　　　　　　　　　_/s/ (signature)_
Date　　　　　　　　　　　　　　　　　　　　　**Daniel A. Velasquez 0098158**
　　　　　　　　　　　　　　　　　　　　　　　*Signature of Attorney*
　　　　　　　　　　　　　　　　　　　　　　　**Latham Luna Eden & Beaudine LLP**
　　　　　　　　　　　　　　　　　　　　　　　**201 S. Orange Avenue**
　　　　　　　　　　　　　　　　　　　　　　　**Suite 1400**
　　　　　　　　　　　　　　　　　　　　　　　**Orlando, FL 32801**
　　　　　　　　　　　　　　　　　　　　　　　**(407) 481-5800   Fax: (407) 481-5801**
　　　　　　　　　　　　　　　　　　　　　　　**dvelasquez@lathamluna.com**
　　　　　　　　　　　　　　　　　　　　　　　*Name of law firm*